## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4327  Assigned/Issued By: j. n.

Judge Name: darrah  Designated Magistrate Judge: mason

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other ____
☐ $455.00

Number of Service Copies ____  Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2980688

Date Payment Rec'd: 7-30-08  Fiscal Clerk: j. n.

---

**ISSUANCES**

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  _(Victim, Against and $ Amount)_
☐ Citation to Discover Assets  ☐ Other
☐ Writ ____
  (Type of Writ)  (Type of issuance)

1  Original and  0  copies on  7-30-08  as to  defendant
                          (Date)